BRYAN D. SCHRODER
Acting United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
Florida Bar No. 0604501

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TANYA KVASNIKOFF,<br><br>            Plaintiff,<br><br>vs.<br><br>BRISTOL BAY NATIVE ASSOCIATION,<br><br>            Defendant.<br><br>BRISTOL BAY NATIVE ASSOCIATION,<br><br>            Third-Party Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Third-Party Defendant. | Case No. 3:17-cv-<br><br>**UNITED STATES' NOTICE OF REMOVAL FROM STATE COURT** |

Defendant United States of America notifies this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage. This action is being removed pursuant to 28 U.S.C. § 1442(a)(1).

Plaintiff, Tanya Kvasnikoff, filed suit against the Bristol Bay Native Association for personal injury. The action commenced in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, on January 9, 2017. On March 15, 2017, the Bristol Bay Native Association brought a third party complaint alleging negligence by the United States. The Bristol Bay Native Association purports to bring suit under 25 U.S.C. § 2501 *et seq*. and 25 C.F.R. 1000.270(a).

This entire action is removable to federal district court pursuant to 28 U.S.C. § 2679(a)(2), which states that a civil action against the United States shall be removed "to the district court of the United States for the district and division embracing the place wherein it is pending." This action against the United States, pending in Alaska State Court, is therefore removable to the United States District Court for the District of Alaska.

RESPECTFULLY SUBMITTED this April 4, 2017, in Anchorage, Alaska.

BRYAN D. SCHRODER
Acting United States Attorney

s/E. Bryan Wilson
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on April 4, 2017,
a copy of the foregoing
was served via electronic service on:

Samuel J. Fortier
Jim Valcarce

s/E. Bryan Wilson
Assistant U.S. Attorney